IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| ROBERT ELVIN MITCHELL, | |
|---|---|
| Petitioner, | CIVIL ACTION NO.: 6:16-cv-47 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 6:05-cr-15) |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 14), to which Robert Mitchell ("Mitchell") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DENIES** Mitchell's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Mitchell *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 18th day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA